

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE:   THE GUARDIANSHIP OF | § | No. 08-20-00206-CV |
|  | § | Appeal from the Probate Court |
| JOHN V. WALTER, | § | of Dallas County, Texas |
| An Alleged Incapacitated Person. | § |  |
|  | § | (TC# PR-20-01181-1) |

## **J U D G M E N T**

The Court has considered this cause on Appellant's Joint Motion to Voluntarily Dismiss Appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. Pursuant to the agreement of the parties, each party will bear their own costs of appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF DECEMBER, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.